```
1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   kaminskid@cmtlaw.com
2  STEPHEN A. WATKINS, (SBN#205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   CREDITORS INTERCHANGE RECEIVABLE
7  MANAGEMENT, LLC
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEAN FOURNIER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, d/b/a CREDITORS INTERCHANGE and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:10-cv-03220-PSG-RC<br><br>District Judge: Philip S. Gutierrez<br>Magistrate Judge: Rosalyn M. Chapman<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that Defendant CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC ("Defendant" or "CIRM"), appearing for itself and for no other person, firm or entity, and Plaintiff, REJEAN FOURNIER, individually, ("Plaintiff"), have reached a settlement in the above-entitled action. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal of the entire action as to Plaintiff Rejean Fournier, only, with prejudice,

1

and dismissal of Plaintiff's putative class without prejudice pursuant to FRCP 41(a)(1), within 30 days from the date of this notice. In light of the settlement, the parties request that the Court vacate all dates currently on calendar.

DATED: March 17, 2011         CARLSON & MESSER LLP

By /s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC

06323.00/172711         NOTICE OF SETTLEMENT