# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEAN FOURNIER, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>　v.<br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, d/b/a CREDITORS INTERCHANGE and DOES 1 through 10, inclusive,<br>　　　　　Defendant. | CASE NO. 2:10-cv-03220-PSG-RC<br><br>District Judge: Philip S. Gutierrez<br>Magistrate Judge: Rosalyn M. Chapman<br><br>[~~PROPOSED~~] **ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　Having considered the parties' Stipulation of Dismissal, the above entitled Action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its own costs and expenses.

IT IS SO ORDERED


DATED: 05/17/11　　　　　　　　　　　**PHILIP S. GUTIERREZ**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1